UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | | |
|---|---|---|
| RANDY R. BAUER, | * | CIV 10-3016-RAL |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | ORDER OF DISMISSAL |
| | * | |
| NYSTROM ELECTRICAL CONTRACTING, INC., and JOHN M. NYSTROM, | * * * | |
| | * | |
| Defendants. | * | |

On September 16, 2010, the parties filed a Stipulation For Dismissal With Prejudice (Doc. 18).  Therefore, it is

ORDERED that this action is hereby dismissed without costs and with prejudice, each party to pay their own costs.

Dated September 20, 2010.

BY THE COURT:

/s/ *Roberto A. Lange*
ROBERTO A. LANGE
UNITED STATES DISTRICT JUDGE